ASHLEY R. AMERIO, ESQ. (SBN 230469)
MATTHEW ENGEBRETSON, ESQ. (SBN 231994)
**AMERIO LAW FIRM P.C.**
1640 Lead Hill Boulevard, Suite 220
Roseville, CA  95661
Tel: (916) 419-1111
Email: ashley@ameriolaw.com

Attorneys for Plaintiffs,
TIMOTHY GRAY AND DINA GRAY

MARK S. POSARD (SBN 208790)
mposard@grsm.com
ANNETTE L. ROSE (SBN 311274)
arose@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Attorneys for Defendant
ESA MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY GRAY AND DINA GRAY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EXTENDED STAY AMERICA, INC.; ESA MANAGEMENT, LLC; LAURA BURKE and DOES 1 to 25, inclusive,<br><br>　　　　Defendants. | Case No.: 2:19-cv-01269-MCE-EFB<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties in this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice, including all causes of action, claims, and

counterclaims stated herein against all parties, with each party to bear its own attorney fees and costs.

Dated: September 23, 2020            **AMERIO LAW FIRM, P.C.**

By:    */s/ Ashley R. Amerio*_____
       Ashley R. Amerio, Esq.
       Matthew Engebretson, Esq.
       Attorney for Plaintiffs

Dated: September 23, 2020            GORDON REES
                                                           SKULLY MANSUKHANI, LLP

By:    */s/ Annette Rose*_____
       Annette Rose
       Mark Posard
       Attorneys for Defendant

### ORDER

The stipulation is approved. The entire action, including all causes of action, claims, and counterclaims stated herein against all parties, is hereby DISMISSED with prejudice. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: October 6, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

AMERIO LAW FIRM, P.C.
1640 Lead Hill Blvd., Suite 220
Roseville, CA 95661